**DENIED and Opinion Filed March 30, 2023**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-23-00109-CV**

**IN RE DR. GLEN KING, Relator**

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-12568**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Kennedy
Opinion by Justice Kennedy

Before the Court is relator's February 7, 2023 petition seeking a writ of mandamus compelling the trial court to vacate its January 20, 2023 Order Granting Plaintiffs' Motion to Recover on Bonds and to Request New Bond Be Set.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Relator bears the burden of providing the Court with a sufficient record to show he is entitled to relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding). Here, relator's petition does not comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.7(a)(2). Even if this defect did not exist,

after reviewing relator's petition and the record before us, we conclude that relator has failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

We also lift the stay issued by this Court's February 8, 2023 Order.


/Nancy Kennedy/
NANCY KENNEDY
JUSTICE

230109F.P05